*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KIRKBY, GANNON, and HARRELL
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Christopher M. LAMB**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400363**

―――――――――――――

Decided: 21 February 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam J. Workman

Sentence adjudged 21 June 2024 by a general court-martial tried at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 89 days, forfeiture of all pay and allowances, and a bad-conduct discharge.[1]

For Appellant:
*Captain Katherine E. Malcolm, USMC*

―――――――――――

[1] Appellant was credited with having served 89 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.